```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

     IN RE:                                         CASE NO. 05 B 29311
        GREGORY T MINTON
        CHYBRENNA D MINTON                          CHAPTER 13

                                                    JUDGE: BRUCE W BLACK

                  Debtor
        SSN XXX-XX-7699     SSN XXX-XX-2341


     -----------------------------------------------------------------------
                         TRUSTEE'S FINAL REPORT AND ACCOUNT
     -----------------------------------------------------------------------
          Glenn Stearns, Chapter 13 Standing Trustee, submits the following
     Final Report and Account of the administration of the estate pursuant to
     11 USC 1302(b)(1).

        1.  The case was filed on 07/26/05 and confirmed on 09/29/05.

        2.  The case was dismissed after confirmation, 08/24/2007.

        3.  The Debtor paid a total of $   7675.00 .

        4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MT BANK | CURRENT MORTG | .00 | .00 | .00 |
| MT BANK | MORTGAGE ARRE | 361.80 | .00 | 361.80 |
| HSBC | SECURED | .00 | .00 | .00 |
| TIDEWATER CREDIT | SECURED VEHIC | 7075.00 | 907.43 | 4022.77 |
| ASSOCIATED PATHOLOGISTS/ | UNSECURED | NOT FILED | .00 | .00 |
| BRINKS | NOTICE ONLY | NOT FILED | .00 | .00 |
| CARDINAL SLEEP CENTERS | UNSECURED | NOT FILED | .00 | .00 |
| CARDIOLOGY INTERPRETATIO | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO OF ILLINOIS I | NOTICE ONLY | NOT FILED | .00 | .00 |
| CHILDRENS SURGICAL FOUND | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF JOLIET | NOTICE ONLY | NOT FILED | .00 | .00 |
| CLERK OF THE CIRCUIT COU | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 299.00 | .00 | .00 |
| CREDITORS DISCOUNT & AUD | NOTICE ONLY | NOT FILED | .00 | .00 |
| D&B RMS | NOTICE ONLY | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | 839.55 | .00 | .00 |
| FISCHER MANGOLD JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| HEARTLAND CARDIOVASCULAR | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 503.63 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGICAL SERV | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGICAL SERV | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGICAL SERV | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGICAL SERV | UNSECURED | NOT FILED | .00 | .00 |
| JERCINOVIC PEDIATRICS LT | NOTICE ONLY | NOT FILED | .00 | .00 |

```
MAGISTRATE CT OF FLOYD C  UNSECURED       NOT FILED           .00         .00
MRI ASSOCIATION OF ILLIN  UNSECURED       NOT FILED           .00         .00
OPTIMA MEDICAL ASSOCIATE  NOTICE ONLY     NOT FILED           .00         .00
OSI COLLECTION SERVICES   NOTICE ONLY     NOT FILED           .00         .00
OSI COLLECTION SERVICES   NOTICE ONLY     NOT FILED           .00         .00
PARAGON WAY INC           NOTICE ONLY     NOT FILED           .00         .00
PARKVIEW ORTHOPAEDIC GRO  UNSECURED       NOT FILED           .00         .00
PATHOLOGY LABORATORY CON  UNSECURED       NOT FILED           .00         .00
PEDIATRIC ANES ASSOC LTD  NOTICE ONLY     NOT FILED           .00         .00
PELLETTIERI & ASSOC       UNSECURED       NOT FILED           .00         .00
PELLETTIERI & ASSOC       UNSECURED       NOT FILED           .00         .00
PRAIRIE EMERGENCY SERVIC  UNSECURED         1623.60           .00         .00
PRAIRIE EMERGENCY SERVIC  UNSECURED       NOT FILED           .00         .00
PRAIRIE EMERGENCY SERVIC  UNSECURED       NOT FILED           .00         .00
PROVENA ST JOSEPH MEDICA  UNSECURED       NOT FILED           .00         .00
PROVENA ST JOSEPH MEDICA  UNSECURED       NOT FILED           .00         .00
PROVENA ST JOSEPH MEDICA  UNSECURED       NOT FILED           .00         .00
PROVENA ST JOSEPH MEDICA  UNSECURED       NOT FILED           .00         .00
SAMS CLUB                 NOTICE ONLY     NOT FILED           .00         .00
SILVER CROSS HOSPITAL     UNSECURED       NOT FILED           .00         .00
SILVER CROSS HOSPITAL     NOTICE ONLY     NOT FILED           .00         .00
YATIN SHAH MD             UNSECURED       NOT FILED           .00         .00
TIDEWATER CREDIT          UNSECURED          976.76           .00         .00
```

Summary of disbursements:

```
                    SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
TOTAL CLMS ALLOWED  7436.80          .00      4242.54         .00      11679.34
PRINCIPAL PAID      4384.57          .00          .00         .00       4384.57
INTEREST PAID        907.43          .00          .00         .00        907.43
TOTAL PAID          5292.00          .00          .00         .00       5292.00
```

The Debtor's attorney, JOHN C RENZI                , was allowed $    2897.50
and was paid $     700.00  direct and $    2035.70  through the plan.

The Trustee received $     347.30 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/15/07                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE

```
                              PAGE   3
        CASE NO. 05 B 29311 GREGORY T MINTON & CHYBRENNA D MINTON
```